UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

KIASS STOCKTON,

      Petitioner,

v.                                 CIVIL ACTION NO. 5:20-cv-00870

D. L. YOUNG, Warden,
FCI Beckley,

      Respondent.

## ORDER

      Pending is Respondent's Motion to Dismiss [Doc. 16], filed September 23, 2021. This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Tinsley filed his PF&R on December 2, 2021. Magistrate Judge Tinsley recommended that the Court grant Respondent's Motion to Dismiss [Doc. 16] and dismiss Petitioner's § 2241 Petition. [Doc. 17].

      The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on December 20, 2021. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 17]**, **GRANTS** Respondent's Motion to Dismiss **[Doc. 16]**, **DISMISSES** the Petition for Writ of Habeas Corpus **[Docs. 1, 2]**, and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: March 15, 2022



Frank W. Volk
United States District Judge